John J. Nelson (SBN 317598)
**MILBERG, PLLC**
280 S. Beverly Drive-Penthouse Suite
Beverly Hills, CA 90212
Tel.: (858) 209-6941
jnelson@milberg.com

*Counsel for Plaintiff and the Putative Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN HAVER, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br>v.<br><br>ZHEALTH, INC. d/b/a ZHEALTH EHR,<br><br>Defendant. | **Case No. 3:26-cv-01047**<br><br>**MOTION FOR DEFAULT** |

**TO: Clerk, United States District Court for the Northern District of California**

Plaintiff Brian Haver ("Plaintiff") hereby requests the Clerk of the Court, pursuant to Fed. R. Civ. P. 55(a), enter the default of Defendant ZHealth, Inc. d/b/a ZHealth EHR ("Defendant") for failure to plead or otherwise defend. Plaintiff shall rely upon the Declaration of John J. Nelson, Esq. submitted in support of this motion.

Dated: April 10, 2026,

Respectfully submitted,

*/s/ John J. Nelson*
John J. Nelson (SBN 317598)
**MILBERG, PLLC**
280 S. Beverly Drive-Penthouse Suite
Beverly Hills, CA 90212
Tel.: (858) 209-6941
jnelson@milberg.com

*Counsel for Plaintiff and the Proposed Class*